AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Anthony Toney

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-mj-00038-LTS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 8, 2005** in **Suffolk** county, in the District of **Massachusetts** defendant did,

knowingly possess a firearm and ammunition in or affecting commerce after a court convicted him of a crime punishable for a term exceeding one year

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am a(n) **ATF Special Agent** and that this complaint is based on the following
*Official Title*

facts:
See attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

*Lisa A Rudnick*
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-27-2005                           at           Boston, Massachusetts
Date                                                City and State

The Honorable Leo T. Sorokin, U.S. Magistrate Judge
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

05-mj-00038-LTS

## AFFIDAVIT OF SPECIAL AGENT LISA A. RUDNICKI

I, Lisa A. Rudnicki, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed for over 9 years. As a Special Agent, my duties include the investigation of various federal firearms violations, including illegal possession, sale and trafficking of firearms and/or ammunition. I have been assigned to the Boston Field Division of ATF since September of 2002.

2. I make this affidavit in support of a criminal complaint charging Anthony TONEY, dob: 5/9/70, with a violation of 18 U.S.C. § 922(g)(1), as a previously convicted felon in possession of a firearm and ammunition.

3. As an ATF Special Agent, I am aware that it is a violation of Title 18 U.S.C. § 922(g)(1) for a person who has previously been convicted of a crime punishable by imprisonment for a term exceeding one year to knowingly possess a firearm or ammunition in or affecting commerce.

4. The facts stated herein are based upon my own personal involvement in this investigation and my discussion with other law enforcement officers, including members of the Boston Police Department, involved in this investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish the requisite probable cause.

5. On May 8, 2005, at approximately 12:39 a.m., Boston Police Officers James Bowden and Thomas Brooks were on random patrol in a marked police wagon in the area of Blue Hill Avenue and Moreland Street when they observed a motor vehicle (red 2003 Lexus bearing MA license plate 19501) traveling Southbound on Blue Hill Avenue pass 2 other vehicles on their left side and then stop abruptly in the middle of the intersection of Blue Hill Avenue and Moreland Street, impeding travel in the Southbound lane of Blue Hill Avenue.

6. The Officers activated their emergency lights and sirens to affect a motor vehicle stop. The suspect vehicle initially ignored the lights and sirens and traveled an additional 2 blocks before pulling over for the police on Woodville Street.

7. Officers identified the driver of the suspect vehicle as Anthony TONEY. While issuing TONEY a motor vehicle citation, Officers conducted a check of the suspect vehicle's registration and learned that TONEY had an outstanding arrest warrant. TONEY was taken into custody and placed in the rear of the police wagon. There were no passengers in the vehicle.

8. A motor vehicle search of the suspect vehicle was conducted per department policy by Officer Bowden who discovered a loaded pistol in the rear pouch of the passenger seat. After learning a firearm was located in the suspect vehicle, Officer Brooks read TONEY his Miranda Rights, and TONEY acknowledged understanding said Rights. TONEY then confirmed that he owned the suspect vehicle and that he had not allowed anyone else to operate the suspect vehicle that day. TONEY also confirmed that he does not have a license to possess a firearm.

9. The recovered firearm is a Lorcin .25 caliber pistol, Model L25, bearing serial number 011046. The firearm was loaded with 7 rounds of .25-caliber ammunition bearing a headstamp of "CCI." According to ATF Special Agent Angelo Thurman who has been trained to be an interstate nexus expert, both the firearm and ammunition were not manufactured in the State of Massachusetts. Therefore, the firearm and ammunition possessed by TONEY has affected interstate commerce.

10. I have had an opportunity to examine TONEY's criminal history as maintained by the Massachusetts Criminal History Board, which, among other felony convictions, reveals that prior to May 8, 2005, TONEY has been convicted of a crime punishable by a term of imprisonment exceeding one year. Specifically, TONEY was convicted in 1997 of Possession to Distribute Class B Narcotics, Cocaine Base, and Possession of an Unregistered Firearm in Federal District Court, Boston, Massachusetts.

11. Based on the foregoing, I have probable cause to believe that on May 8, 2005, Anthony TONEY, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did possess, in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Lisa A. Rudnicki
Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn and subscribed to before me this 27th day of June, 2005.

_____
The Honorable Leo T. Sorokin,
United States Magistrate Judge