# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

ANTHONY TONEY

MJ NO. 05-00038 LTS

    Defendant

## APPOINTMENT OF FEDERAL DEFENDER

### OSCAR CRUZ

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **JUNE 28, 2005** to represent said defendant in this cause until further order of the Court.

SARAH ANN THORNTON
CLERK OF COURT

By:  /s/ Maria Simeone
Courtroom Deputy
The Honorable Leo T. Sorokin

DATE: JUNE 29, 2005

(Appt Fed def.wpd - 11/98)   [koapptpd.]