AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

US
v.
Anthony Toney

**EXHIBIT AND WITNESS LIST**

Case Number: 05-38

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| LTS | W. Nash | O. Cruz |
| TRIAL DATE (S) 6/30 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 6/30 | | | Lisa Rudnicki - ATF |
| | | 6/30 | ⊗ | | affidavit - Judicial notice |
| | 1 | 6/30 | X | X | St Court docket - 91-35176 |
| | 2 | " | " | " | St Court docket - 0507-35W |
| | 3 | " | " | " | St Court docket - 04cc-cr-000151 |
| | 4 | | | | letter from Chapman interpreting |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages